# NOTES OF CAUSES

## Decided during the period comprised in this Volume, and not reported in full.

---

No. 2246. PATTON *v*. McCANTS, April Term, 1888. Plaintiff, occupying the lower floor of a building as a store, was injured by greasy water which leaked down upon his goods from the upper story whenever defendant, who occupied the upper room as a kitchen, scoured her floor. Plaintiff notified defendant to stop the scouring, and defendant, who did her scouring with care, notified plaintiff to remove his goods. The jury in a trial justice's court gave plaintiff a verdict for $25. On appeal, the Circuit Judge (Norton) ruled that, there being no evidence of title, it must be assumed that the title was in the parties who had the possession; that the leakage must have been the result of a badly constructed second floor which defendant should have put in proper condition. On appeal to this court, this ruling was approved, and it was further said that a party might be liable *civiliter* for injury done by his property to the property of another, even though he had used due care to prevent such injury—citing *Broom's Legal Maxims*, 161, and distinguishing this case from *Mills* v. *Railroad Company*, 13 S. C., 97, where an obstruction to the natural flow of water had been removed. OPINION by MR. JUSTICE McIVER, June 19, 1888. *Johnson & Richey*, for appellant. *R. C. Watts*, contra.